```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Tanya Marie Bey,                                       :
                                                       :
          Plaintiff,                                :
                                                       :      **ORDER**
          -against-                                 :      21-CV-7832 (JPO) (KHP)
                                                       :
Commissioner of Social Security,                       :
                                                       :
          Defendant.                                :
-------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge**.

    By **Monday, January 9, 2023**, the parties shall meet and confer as to whether they jointly consent to decision of this action by a United States Magistrate Judge (that is, the undersigned) pursuant to 28 U.S.C. § 636(c). If both parties consent, they should complete counterparts of the form available on the Southern District website at http://nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge, and return it to the assigned District Judge for approval, with a copy to my chambers. If either or both parties do not consent, counsel for Plaintiff shall file a letter to ECF by **Monday, January 9, 2023** advising the Court that the parties do not jointly consent, without indicating any particular party's consent or non-consent.

    This Order is not meant to interfere in any way with the parties' absolute right to decision by a United States District Judge, but it is merely an attempt at preserving scarce judicial resources and reminding the parties of their option pursuant to 28 U.S.C. § 636(c).

**SO ORDERED.**
Dated:  December 20, 2022
       New York, NY

                                                                         */s/ Katharine H. Parker*
                                                                         KATHARINE H. PARKER
                                                                         United States Magistrate Judge