**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Tanya Marie Bey,

           Plaintiff,                      21 **CIVIL** 7832 (KHP)

    -v-                            **JUDGMENT**

Commissioner of Social Security,

           Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated January 30, 2023, Plaintiff's motion for judgment on the pleadings is GRANTED and Defendant's motion for judgment on the pleadings is DENIED. This case is remanded for reconsideration by the ALJ consistent with the opinion; accordingly, the case is closed.

**Dated:**  New York, New York
           January 30, 2023

                                                        **RUBY J. KRAJICK**

                                                            **Clerk of Court**

                                     **BY:**    *K. Mango*

                                                            **Deputy Clerk**