```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Tanya Marie Bey,                                             :
                                                             :
                    Plaintiff,                               :
                                                             :           ORDER
         -against-                                           :        21-CV-7832 (KHP)
                                                             :
Commissioner of Social Security,                             :
                                                             :
                    Defendant.                               :
-------------------------------------------------------------X
```

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 5/1/2023

**KATHARINE H. PARKER, United States Magistrate Judge**.

The Court has received Plaintiff's counsel's motion for reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, and a memorandum of law and exhibits in support. (ECF No. 25.) By **Monday, May 15, 2023**, the parties shall either file a stipulation awarding such fees, or Defendant shall file its opposition.

**SO ORDERED.**

Dated:  May 1, 2023
       New York, NY

_Katharine H. Parker_
KATHARINE H. PARKER
United States Magistrate Judge